UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHERYL MARCHAND,<br><br>    Plaintiff,<br><br>    v.<br><br>GRANT COUNTY,<br><br>    Defendant. | NO.  CV-07-182-RHW<br><br>**ORDER GRANTING THE PARTIES' JOINT STIPULATION RE: DEFENDANT'S MOTION FOR RECONSIDERATION** |

Before the Court is the parties' Joint Stipulated Motion Re: Defendant's Motion for Reconsideration (Ct. Rec. 74).  The motion was heard without oral argument.

The parties stipulate to the following:

1.   Defendant withdraws its Motion for Reconsideration.

2.   Plaintiff dismisses with prejudice her independent "freedom of association" claim.

Accordingly, **IT IS HEREBY ORDERED**:

1.   The parties' Joint Stipulated Motion Re: Defendant's Motion for Reconsideration (Ct. Rec. 74) is **GRANTED**.

2.   Defendant's Motion for Reconsideration (Ct. Rec. 61) is **withdrawn**.

3.   Plaintiff's independent "freedom of association" claim is **dismissed** with prejudice.

4.   Defendant's Motion to Expedite (Ct. Rec. 59) is **GRANTED**.

**ORDER GRANTING THE PARTIES' JOINT STIPULATION RE: DEFENDANT'S MOTION FOR RECONSIDERATION ~ 1**

1. 5. Defendant's Motion to Expedite Rule on Objections (Ct. Rec. 64) is **GRANTED**.

2. 6. Defendant's Motion for Ruling on Objections Made in the Perpetuation Testimony of Judy Warnick (Ct. Rec. 66) is **DENIED**, for the reasons stated at the September 18, 2009 hearing.

3. 7. Joint Motion to Shorten Time (Ct. Rec. 72) is **GRANTED**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and to furnish copies to counsel.

**DATED** this 29th day of September, 2009.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Judge

Q:\CIVIL\2007\Marchand\grantstip.wpd

**ORDER GRANTING THE PARTIES' JOINT STIPULATION RE: DEFENDANT'S MOTION FOR RECONSIDERATION ~ 2**