AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

CHERYL MARCHAND,

JUDGMENT IN A CIVIL CASE

v.

GRANT COUNTY,

CASE NUMBER: CV 07-182-RHW

[x] **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

[ ] **Decision by Court. This action came to** trial **before the Court. The issues have been** tried **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED:

That the jury found in favor of the Defendant.

The plaintiff recover nothing, that the action be dismissed on the merits, and that the Defendant Grant County recover costs from the plaintiff Cheryl Marchand.

October 1, 2009
*Date*

JAMES R. LARSEN
*Clerk*
s/Michelle Fox
*(By) Deputy Clerk*
Michelle M. Fox